

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00262-CV**

EVERBANK                                                         APPELLANT

V.

JOHN GRANGER, III                                               APPELLEE

-----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2015-001373-2

-----------

## SUBSTITUTED MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We withdraw our September 24, 2015 memorandum opinion and judgment and substitute the following.

We have considered appellant's "Motion To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Costs of the appeal shall be

---

[1]*See* Tex. R. App. P. 47.4.

paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED:  October 8, 2015